# EXHIBIT J

**From:** Saadia Shapiro <sshapiro@shapirolawyers.net>
**Date:** January 12, 2021 at 9:53:42 AM EST
**To:** Sandy H Sandiford <sandy@cntrlxinvestments.com>, victoria@imexppe.com, Mark Barron <mcbarron2600@gmail.com>
**Cc:** Ari Friedman <Arijorgen@gmail.com>
**Subject: Update**

Mark / Sandy / Victoria
Below is an accurate update of where we stand:

1. The gloves have been ready for weeks but we are having immense trouble getting them on a ship. That is a combination of three things; the first is the upcoming Chinese new year; the second is an outbreak of Covid in northern China and they just went into lockdown; and the third and most affecting is the tremendous volume of gloves being shipped out of China. There are simply are no boats. So our difficulty has been getting our goods which have been ready for quite some time on a boat. Even though we were scheduled to get on a boat the first week of January, it looks like that it won't be shipped until next week.
2. Initially the goods were scheduled to leave on a Matsen ship on January 5. Then on a ZIM boat on January 8. And then is changed to January 15. We are being pushed off because of the intense volume coming out of China.
3. We decided to do a double booking as insurance. Right now we are scheduled and have made two confirmed bookings. One is on Evergreen scheduled for January 22 and January 23. In the next email I will attach a copy of our confirmed bookings. Shipping on Evergreen will take 17 days as specified on the confirmation. We also have a booking on ZIM one day earlier and the shipping will take 11 days.
4. We are shipping 26 containers total in the next three weeks. Four of those containers are Mark's. So I have been assured that in the next three weeks the first four containers belong to Mark and will be in Los Angeles within the next three weeks.
5. I also have a pleasant surprise regarding these first four containers; They are 100% nitrile gloves of the best quality. One grade just below medical and is used by nurses, for example to provide injections. You can find this glove on the FDA website under owner operator number 10075573 and are produced in Guang Dong. The glove type is called PXC. I'm also sending you three pages on its description and as you can see it is all medical uses but simply not called a medical examination gloves.
6. I'm not sure you will actually believe what I'm about to write but that's okay. It's part of business; I am paying $9.34 per box. Yes you heard right. I am taking a loss, assuming that we

1

   will do future business. I have an invoice to prove that I am saying, but I am sure that you will appreciate what I am doing.
7. I am attaching my conversation this morning with my partner in China. I am including in the following emails shipping confirmation as well as excerpts from the conversation.
8. Production for the second four containers, all medical grade, will begin the first week of February.

The bottom line of all of this, is that our delays are not a result of production but a result of shipping delays. Please note, that Mark released the money on December 17. 45 days from then is February 2. According to the shipping schedule the goods should arrive on February 8. Despite the fact that it seems like there have been endless delays, in reality we have been <u>on time and keeping within the schedule of delivery of approximately 45-60 days.</u> (February 8 would mean 51 days).
One morning

*Saadia Shapiro*

**Shapiro & Associates**
**Attorneys At Law, PLLC**

2291 Seventh Avenue
New York, NY 10030
sshapiro@shapirolawyers.net
Tel. (212) 606-2000

Brooklyn Office:
Shapiro & Associates | Attorneys at Law, PLLC
3145 Coney Island Ave., Brooklyn, NY 11235

*This message may contain information that is confidential or privileged. If you are not an intended recipient of this message, please delete it and any attachments, and notify the sender that you have received it in error. Unless specifically stated in the message or otherwise indicated, you may not duplicate, redistribute or forward this message or any portion thereof, including any attachments, by any means to any other person or entity.*

WIRE FRAUD ALERT: Never wire funds to our accounts without calling our office to personally confirm wire details. If you ever receive an email from this office or someone involved in the transaction, please first call to verify the information before initiating any wire transfers. All wire transfers are subject to verbal verification.