UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSV SYNERGY, LLC and MARK BARRON,

                              Plaintiffs,

                  – against –

SAADIA SHAPIRO, SHAPIRO & ASSOCIATES
ATTORNEYS AT LAW, PLLC, PAZ GLOBAL
VENTURES, LLC, HARLEM SUNSHINE, LLC,
HARLEM RESIDENTIAL, LLC, EAST 125TH
DEVELOPMENT, LLC, VADIM LEYBEL, CAST
CAPITAL LENDING, CORP., PETER
ZVEDENIUK, ARI FRIEDMAN, and BORIS
LEYBEL,

                              Defendants.

**ORDER**

21 Civ. 7578 (ER)

RAMOS, D.J.:

Plaintiffs brought this action on September 10, 2021.

The Court issued a summons as to Harlem Sunshine and Harlem Residential on October 14, 2021, Docs. 13 and 14. As of this date, they have not been served. As of this date, Zvedeniuk also has not been served, nor has a summons issued.

Plaintiffs are directed to file a status letter regarding defendants Harlem Sunshine, Harlem Residential, and Peter Zvedeniuk by September 14, 2022.

Counsel for Friedman filed a notice of appearance on August 10, 2022. Doc. 85. The Court then granted Friedman's request for an extension of time to answer the complaint to September 14, 2022. Doc. 88. Counsel for Boris filed a notice of appearance on August 7, 2022. Doc. 83.

Friedman and Boris Leybel are directed to file their answers by September 14, 2022.

It is SO ORDERED.

Dated:   September 7, 2022
         New York, New York

_____
        EDGARDO RAMOS, U.S.D.J.