UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSV SYNERGY, LLC, and MARK BARRON,

                    Plaintiffs,

– against –

SAADIA SHAPIRO, SHAPIRO & ASSOCIATES ATORNEYS AT LAW, PLLC, and PAZ GLOBAL VENTURES, LLC,

                    Defendants.

**ORDER**

21-cv-7578 (ER)

Ramos, D.J.:

On January 12, 2023, the Court approved the notice of voluntary dismissal filed by plaintiffs MSV Synergy LLC and Mark Barron as to defendants Harlem Residential, LLC, and Harlem Sunshine, LLC.  Doc. 114.

Harlem Residential, LLC, and Harlem Sunshine, LLC, having been terminated from this action, the Court hereby dismisses as moot their pending motion to dismiss, Doc. 108.  The Clerk of Court is respectfully directed to terminate the motion, Doc. 108.  Additionally, the Clerk of Court is respectfully directed to terminate Doc. 94, which has been addressed by the Court.

It is SO ORDERED.

Dated:    January 13, 2023
            New York, New York

                                                Edgardo Ramos, U.S.D.J.