UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSV SYNERGY, LLC, and MARK BARRON,

                Plaintiffs,

– against –

SAADIA SHAPIRO, et al.,

                Defendants.

**ORDER**

21-cv-7578 (ER)

RAMOS, D.J.:

    On September 7, 2022, the Court granted the motion to compel arbitration filed by defendants Saadia Shapiro, Shapiro & Associates Attorneys at Law, PLLC, and PAZ Global Ventures, LLC. Doc. 89. The Court instructed the parties to advise the Court within 48 hours of the outcome of the arbitration. *Id.* at 22. As relevant here, all other defendants have been terminated from this action.

    By Wednesday, August 9, 2023, the parties shall submit status letters as to the progress of arbitration, and the proposed next steps for proceeding with this action.

It is SO ORDERED.

Dated:   August 3, 2023
           New York, New York

                                                EDGARDO RAMOS, U.S.D.J.