UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
MSV SYNERGY, LLC and MARK BARRON,

                    Plaintiffs,

     -against-                                  21 **CIVIL** 7578 (ER)

## JUDGMENT

SAADIA SHAPIRO, SHAPIRO & ASSOCIATES
ATTORNEYS AT LAW, PLLC, and PAZ
GLOBAL VENTURES, LLC,

                    Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 2, 2024, MSV and Barron's motion to confirm the arbitration award is GRANTED, and Shapiro and PAZ's cross-motion to vacate the award is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      December 03, 2024

                                                             **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**

                         **BY:**
                                                          **Deputy Clerk**