UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MSV SYNERGY, LLC and MARK BARRON,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SAADIA SHAPIRO, SHAPIRO & ASSOCIATES ATTORNEYS AT LAW, PLLC, and PAZ GLOBAL VENTURES, LLC,<br><br>　　　　　　　Defendants. | Civ. Action No. 1:21-cv-07578-ER<br><br>**JUDGMENT** |

This action having been commenced by plaintiffs MSV Synergy, LLC ("MSV") and Mark Barron ("Barron," and collectively with MSV, "Plaintiffs") on September 10, 2021 by filing of the Complaint (Doc. 1), and Plaintiffs having filed the Amended Complaint on January 26, 2022 (Doc. 44), and defendants Paz Global Ventures, LLC ("Paz Global"), Shapiro & Associates and Saadia Shapiro, Esq. ("Shapiro" and collectively with Paz Global, "Defendants") having filed a motion to compel arbitration (Doc. 51), defendant East 125th Development LLC having filed a motion to dismiss (Doc. 48), defendants Cast Capital Lending Corp. and Vadim Leybel having filed a motion to dismiss (Doc. 56), and the Court having issued an Opinion & Order, dated September 7, 2022 granting Defendants' motion to compel arbitration and staying this action as against them pending such arbitration and granting the motions to dismiss filed by East 125th Development LLC, Cast Capital Lending Corp. and Vadim Leybel (Doc. 89), and Plaintiffs having filed a Notice of Voluntary Dismissal without prejudice as to defendants Cast Capital Lending, Corp., East 125th Development, LLC, Ari Friedman, Boris Leybel, Vadim Leybel, and Peter Zvedeniuk (Doc. 104), and the Court having so-ordered such Notice of Voluntary Dismissal (Doc. 106), and Plaintiffs having filed a Notice of Voluntary Dismissal without prejudice as to defendants Harlem Residential, LLC and Harlem Sunshine, LLC (Doc. 113), and the Court having so-ordered such

Notice of Voluntary Dismissal (Doc. 114), and the arbitrator having issued an Award, dated June 3, 2024 in Plaintiffs' favor and directing Paz Global and Shapiro, jointly and severally, to pay Plaintiffs $2,000,000 plus pre-judgment interest at New York's statutory rate of 9% from May 19, 2021, plus post-judgment interest at the same rate, $63,290.76 in administrative and arbitrator fees and expenses, and $79,233.66 in attorneys' fees (Doc. 133-12), and Plaintiffs having filed a motion to lift the say and confirm an arbitration Award against Paz Global and Shapiro (Doc. 132), and Paz Global and Shapiro having filed a cross-motion to vacate the Award (Doc. 144), and the Court having issued an Opinion & Order dated December 2, 2024 granting the motion to confirm the Award and denying the cross-motion to vacate the Award (Doc. 161), it is

ORDERED, ADJUDGED AND DECREED: that Plaintiffs MSV Synergy, LLC with an address at 4921 W Paul Avenue, Unit 4, Tampa, FL 33611 and Mark Barron with an address at 4921 W Paul Avenue, Unit 4, Tampa, FL 33611 have judgment and recover against Paz Global Ventures, LLC, having an address of 3145 Coney Island Avenue, Brooklyn, NY 11235, and Saadia Shapiro, Esq., having an address of 325 Maple Street, Englewood, NJ 07631, jointly and severally, in the amount of $2,000,000 plus 9% pre-judgment interest from May 19, 2021 through the date hereof amounting to $642,082.19, plus $63,290.76 in administrative and arbitrator fees and expenses, plus $79,233.66 in attorneys' fees, amounting in all to $2,784,606.61, and that Plaintiffs shall have execution thereon.

Dated: December 11, 2024  
New York, NY

_____  
Hon. Edgardo Ramos,  
United States District Court Judge